UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                                              Case No. 19-CR-176

DEREK A. LIEBERGEN, et al.,

        Defendants.

## ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT AND INFORMATION

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment and Information in this matter, the Court hereby GRANTS the motion and orders that the following properties, be, and hereby are, DISMISSED without prejudice from the forfeiture notice of the indictment and information:

1. U.S. currency in the amount of approximately $25,728 seized from Malachi Root on September 9, 2019, in De Pere, Wisconsin; and

2. U.S. currency in the amount of approximately $39,215 seized from Derek Liebergen on September 11, 2019, in Appleton, Wisconsin.

Dated at Green Bay, Wisconsin, this 22nd day of February, 2020.

                                              s/ William C. Griesbach
                                              WILLIAM C. GRIESBACH, District Judge
                                              United States District Court